IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00245-KLM

DEBORAH LAUFER, an individual,

    Plaintiff,

v.

ALPINE INN LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    In accordance with Plaintiffs' **Notice of Voluntary Dismissal Without Prejudice** [#21] filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall close this case.

    Dated:  January 24, 2022